**IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 08 CR 685** |
| **v.** | ) | |
| | ) | **Honorable Rebecca R. Pallmeyer** |
| **FREDDY CAZARES** | ) | |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Defendant in the above named case, FREDDY

CAZARES, by the Federal Defender Program and its attorney, CAROL A. BROOK,

hereby appeals to the United States Court of Appeals for the Seventh Circuit from the

final judgment entered in this action on the 3rd day of August, 2010.


Respectfully submitted,


*s/ Carol A. Brook*
Carol A. Brook
Executive Director
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL 60603
(312) 621-8300

## SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.  Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER:    08cr685

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| USA/Appellee | | Freddy Cazares/Appellant |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Megan Church | Name | Carol Brook |
| Firm | USAO | Firm | Federal Defender Program |
| Address | 219 South Dearborn Suite 500 Chicago, IL 60604 | Address | 55 East Monroe Suite 2800 Chicago, IL 60603 |
| Phone | 312-886-1173 | Phone | 312-621-8300 |

| Other Information | | | |
|---|---|---|---|
| District Judge | Pallmeyer | Date Filed in District Court | 8/30/2008 |
| Court Reporter | F. Ward    5561 | Date of Judgment | 8/3/2010 |
| Nature of Suit Code | | Date of Notice of Appeal | 8/3/2010 |

COUNSEL:          Appointed   [X]          Retained   [ ]          Pro Se   [ ]

FEE STATUS:          Paid   [ ]          Due   [ ]          IFP   [ ]

IFP Pending   [ ]          U.S.   [ ]          Waived   [X]

Has Docketing Statement been filed with the District Court Clerk's Office?     Yes   [X]     No   [ ]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted   [ ]          Denied   [ ]          Pending   [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

**IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 08 CR 685** |
| **v.** | ) | |
| | ) | **Honorable Rebecca R. Pallmeyer** |
| **FREDDY CAZARES** | ) | |

## DOCKETING STATEMENT

This is a direct appeal from a criminal conviction in federal district court. The prosecution was brought pursuant to 21 U.S.C. §§ 841(a)(1) and 846. The jurisdiction of the district court was authorized pursuant to 18 U.S.C. § 3231. The Court of Appeals for the Seventh Circuit has jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742.

The final order in this case was entered on August 3, 2010. Notice of Appeal was filed by Defendant Cazares on August 3, 2010. Such notice is timely pursuant to Federal Rule of Appellate Procedure 4(b)(1)(A). No motions were filed that would toll the date for filing a notice of appeal.

Respectfully submitted,

s/ *Carol A. Brook*
Carol A. Brook
Executive Director
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL 60603
(312) 621-8300



AO 245B    (Rev. 09/08) Judgment in a Criminal Case
             Sheet 1

# UNITED STATES DISTRICT COURT

Northern District of Illinois, Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | |
| Freddy Cazares | Case Number:      08 CR 685-1 |
| | USM Number:      54570-060 |
| | Rose Lindsay Guimaraes |
| | Defendant's Attorney |

## THE DEFENDANT:

x   pleaded guilty to count(s)      1

☐ pleaded nolo contendere to count(s)
    which was accepted by the court.

☐ was found guilty on count(s)
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§841(a)(1), 846, 851 | Attempted Possession with Intent to Distribute a Controlled Substance | 8/29/2008 | 1 |

     The defendant is sentenced as provided in pages 2 through      10      of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)          ☐ is    ☐ are   dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

         July 26, 2010
         Date of Imposition of Judgment

         Signature of Judge

         Rebecca R. Pallmeyer, U. S. District Judge
         Name and Title of Judge

         _July 30, 2010_
         Date

AO 245B    (Rev. 09/08) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page    2    of    10

DEFENDANT:        Freddy Cazares
CASE NUMBER:      08 CR 685-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

140 Months.  Costs waived.


X    The court makes the following recommendations to the Bureau of Prisons:
     That the defendant be placed in a medical facility where he can receive comprehensive mental health and residential substance abuse treatment that is available through the Bureau of Prisons.


x    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐    at _____    ☐ a.m.    ☐ p.m.    on _____ .

     ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐    before 2 p.m. on _____ .

     ☐    as notified by the United States Marshal.

     ☐    as notified by the Probation or Pretrial Services Office.


## RETURN

I have executed this judgment as follows:




     Defendant delivered on _____                    to

a    _____ , with a certified copy of this judgment.



                                                  _____
                                                       UNITED STATES MARSHAL


                              By _____
                                                  DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

DEFENDANT:        Freddy Cazares
CASE NUMBER:      08 CR 685-1

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

10 Years.  Costs waived.

      The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  *(Check, if applicable.)*

X  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  *(Check, if applicable.)*

X  The defendant shall cooperate in the collection of DNA as directed by the probation officer.  *(Check, if applicable.)*

☐  The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.  *(Check, if applicable.)*

☐  The defendant shall participate in an approved program for domestic violence.  *(Check, if applicable.)*

      If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)  the defendant shall support his or her dependents and meet other family responsibilities;

5)  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 3A — Supervised Release

Judgment—Page    4    of    10

DEFENDANT:          Freddy Cazares
CASE NUMBER:        08 CR 685-1

## ADDITIONAL SUPERVISED RELEASE TERMS

The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and random drug test thereafter, conducted by the U.S. Probation Office, not to exceed 104 tests per year.

The defendant shall participate in a drug aftercare treatment program which may include urine testing, at the discretion of the probation officer.

The defendant shall participate in a General Equivalency Degree (GED) preparation course and obtain his GED within the first year of supervision.

The defendant shall pay $500 ($400 was already seized) to the Drug Enforcement Agency, 230 South Dearborn Street, Suite 1200, Chicago, Illinois, 60604, as compensation for government funds that the defendant received during the investigation of the case.  The funds seized at the time of the defendant's arrest shall be applied to this obligation.

The balance of any financial obligation, upon release from custody, shall be paid in monthly payments during supervised release at a rate of at least ten percent of the defendant's net monthly income.

If the defendant is unemployed after the first 60 days of supervision, or if unemployed for 60 days after termination or lay-off from employment, he shall perform at least 20 hours of community service work per week at the direction of an in the discretion of the U.S. Probation Office until gainfully employed.

DEFENDANT:            Freddy Cazares
CASE NUMBER:          08 CR 685-1

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100 | $ 400 | $ N/A |

☐   The determination of restitution is deferred until            . An  *Amended Judgment in a Criminal Case (AO 245C)*  will  be  entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
| **TOTALS** | $ | $ |  |

☐   Restitution amount ordered pursuant to plea agreement  $

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X    The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   x   the interest requirement is waived for the      X   fine    ☐   restitution.

   ☐   the interest requirement for the      ☐   fine    ☐   restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Judgment — Page   6   of   10

DEFENDANT:       Freddy Cazares
CASE NUMBER:     08 CR 685-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**   X   Lump sum payment of $ ___100___ due immediately, balance due

     ☐   not later than _____ , or
     X   in accordance   ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

**B**   ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**   ☐   Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
_____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**   X   Payment in equal ___monthly___ *(e.g., weekly, monthly, quarterly)* installments of $ __10% - net__ over a period of
__10 years__ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
term of supervision; or

**E**   ☐   Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**   ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during
imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial
Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount,
and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

X   The defendant shall forfeit the defendant's interest in the following property to the United States:
     See attached order.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 685 |
| v. | ) | |
| | ) | Judge Rebecca R. Pallmeyer |
| FREDDY CAZARES | ) | |

## **PRELIMINARY ORDER OF FORFEITURE**

This matter comes before the Court on motion of the United States for entry of a preliminary order of forfeiture as to specific property pursuant to the provisions of Title 21, United States Code, Section 853 and Fed. R. Crim. P. 32.2, and the Court being fully informed hereby finds as follows:

(a)     On September 24, 2008, an indictment was returned charging FREDDY CAZARES with a violation of the Controlled Substances Act, pursuant to 21 U.S.C. § 846;

(b)     The indictment sought forfeiture to the United States of specific property pursuant to the provisions of 21 U.S.C. § 853, including, but not limited to, one 2004 Volvo VST (VIN: YV1CZ91I1641047684); $634,880 in United States currency recovered from the Volvo VST inside the garage at 4910 South Kildare Avenue, Chicago, Illinois; and $31,838 in United States currency recovered from 4910 S. Kildare Avenue, Chicago, Illinois, as property constituting or derived from proceeds obtained as a result of the charged violation, and as property used or intended to be used to commit or facilitate the commission of the charged violation;

(c)     On October 19, 2009, pursuant to Fed. R. Crim. P. 11, defendant FREDDY CAZARES entered a voluntary plea of guilty to the violation alleged in the indictment, charging him with a violation of the Controlled Substances Act, pursuant to 21 U.S.C. § 846, thereby making certain property named in the forfeiture allegations of the indictment subject to forfeiture, pursuant

to 21 U.S.C. § 853(a)(1) and (2);

(d)    In the plea agreement entered between the defendant and the United States, defendant FREDDY CAZARES agreed that the foregoing funds and vehicle are subject to forfeiture and further agreed to relinquish any right, title or ownership interest that he has in this property pursuant to 21 U.S.C. § 853. Specifically, defendant FREDDY CAZARES agreed to the administrative forfeiture of the subject Volvo; funds in the amount of $109,880 seized from the subject Volvo; and funds in the amount $31,838 recovered from the Kildare property. On December 23, 2008, the United States Drug Enforcement Administration ("DEA") issued a declaration of administrative forfeiture for the subject Volvo. Upon entry of this preliminary order of forfeiture, DEA will complete the administrative forfeiture proceedings against funds in the amount of $109,880 seized from the subject Volvo; and funds in the amount $31,838 recovered from the Kildare property;

(e)    As a result of his violation of 21 U.S.C. § 846, to which defendant FREDDY CAZARES pled guilty, funds in the amount of $525,000 recovered from the Volvo VST inside the garage at 4910 S. Kildare Avenue, Chicago, Illinois, are subject to forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2), as property constituting or derived from proceeds obtained as a result of the charged violation, and as property used or intended to be used in any manner or part to commit or facilitate the commission of the said violation;

(f)    Accordingly, the United States requests that this Court enter a preliminary order of forfeiture, pursuant to 21 U.S.C. § 853(a), forfeiting all right, title, and interest defendant FREDDY CAZARES has in funds in the amount of $525,000 for disposition according to law.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1.    That, pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2, all

right, title, and interest that defendant FREDDY CAZARES may have in $525,000 recovered from the Volvo VST inside the garage at 4910 S. Kildare Avenue, Chicago, Illinois, is hereby forfeit to the United States for disposition according to law. It is further ordered,

2.     That, pursuant to the provisions of 21 U.S.C. § 853(g), upon entry of this preliminary order of forfeiture, the United States shall seize and take custody of the foregoing funds for disposition according to law. It is further ordered,

3.     That, pursuant to the provisions of 21 U.S.C. § 853(n)(1), upon entry of a preliminary order of forfeiture, the United States shall publish notice of this order and of its intent to dispose of the foregoing funds according to law. The government may also, pursuant to statute, to the extent practicable, provide written notice to any person known to have alleged an interest in the property that is the subject of the preliminary order of forfeiture, including but not limited to Edwin Ortiz. The government is unaware of anyone at this time that qualifies for such notice. It is further ordered,

4.     That, pursuant to the provisions of 21 U.S.C. § 853(n)(2), if following notice as directed by this Court, and 21 U.S.C. § 853(n)(1), any person, other than the defendant, asserts an interest in the funds that have been ordered forfeit to the United States, within thirty days of the final publication of notice or this receipt of notice under paragraph three (3), whichever is earlier, and petitions the Court for a hearing to adjudicate the validity of this alleged interest in the funds and firearm, the government shall request a hearing. The hearing shall be held before the Court alone, without a jury. It is further ordered,

5.     That following the Court's disposition of all third party interests, the Court shall, if appropriate, enter a final order of forfeiture as to the foregoing funds, which are the subjects of this preliminary order of forfeiture, which shall vest clear title in the United States of America. It is

further ordered,

6.     That the terms and conditions of this preliminary order of forfeiture entered by this

Court shall be made part of the sentence imposed against defendant FREDDY CAZARES and

included in any judgment and commitment order entered in this case against him.  It is further

ordered,

7.     That this Court shall retain jurisdiction in this matter to take additional action and

enter further orders as necessary to implement and enforce this forfeiture order.


REBECCA R. PALLMEYER
United States District Judge

Dated:   Dec. 16, 2009

APPEAL, NOLAN

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 4.0.3 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:08-cr-00685 All Defendants
## Internal Use Only

Case title: USA v. Cazares

Date Filed: 08/30/2008
Date Terminated: 07/26/2010

---

Assigned to: Honorable Rebecca R. Pallmeyer

### Defendant (1)

**Freddy Cazares**
*TERMINATED: 07/26/2010*

represented by **Rosalie Lindsay Guimaraes**
Federal Defender Program
55 East Monroe Street
Suite 2800
Chicago, IL 60603
(312) 621-8341
Fax: (312) 621-8399
Email: rose_lindsay@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

CONSPIRACY TO POSSESS CONTROLLED SUBSTANCE
(1)

### Disposition

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 140 months. Costs waived. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 10 years. Costs waived.

The defendant shall pay a fine of $400. Schedule of payments. Preliminary order of forfeiture.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 21:846=CP.F CONSPIRACY TO POSSESS CONTROLLED SUBSTANCE | |

---

**Plaintiff**

| **USA** | represented by | **Megan Cunniff Church** |
| --- | --- | --- |
| | | United States Attorney's Office (NDIL) |
| | | 219 South Dearborn Street |
| | | Suite 500 |
| | | Chicago, IL 60604 |
| | | 312 886-1173 |
| | | Email: Megan.Church@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **AUSA** |
| | | United States Attorney's Office (NDIL) |
| | | 219 South Dearborn Street |
| | | Suite 500 |
| | | Chicago, IL 60604 |
| | | (312) 353-5300 |
| | | Email: USAILN.ECFAUSA@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |

**Pretrial Services**

.
435-5545
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov

*ATTORNEY TO BE NOTICED*

**Probation Department**

.
408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*

**Bethany Kaye Biesenthal**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 886-7629
Fax: (312) 353-4324
Email: bethany.biesenthal@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 08/30/2008 | 1 | COMPLAINT signed by Judge Nan R. Nolan as to Freddy Cazares (1) (las, ) (Entered: 09/12/2008) |
| 08/30/2008 |   | ARREST of defendant Freddy Cazares (las, ) (Entered: 09/12/2008) |
| 08/30/2008 | 2 | MINUTE entry before the Honorable Nan R. Nolan as to Freddy Cazares: Initial appearance proceedings held. Defendant appears in response to arrest on 8/30/08. Defendant informed of his rights. Enter order appointing Rosalie J. Lindsay of the Federal Defender Program/Panel as counsel for defendant. Government moves for detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the court. Probable cause hearing is set for 9/10/08 at 10:45 a.m. Mailed notice (las, ) (Entered: 09/12/2008) |

| 08/30/2008 | 3 | ORDER Appointing Counsel Signed by the Honorable Nan R. Nolan on 8/30/08. (las, ) (Entered: 09/12/2008) |
|---|---|---|
| 08/30/2008 | 4 | ATTORNEY Appearance for defendant Freddy Cazares by Rosalie Jane Lindsay (las, ) (Entered: 09/12/2008) |
| 08/30/2008 | 5 | FINANCIAL affidavit filed by Freddy Cazares (las, ) (Entered: 09/12/2008) |
| 09/10/2008 | 6 | MINUTE entry before the Honorable Nan R. Nolan as to Freddy Cazares: Defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendantbound to the District Court for further proceedings. Defendant will remain in custody pending trial or until furtherorder of the Court.Mailed notice (yap, ) (Entered: 09/12/2008) |
| 09/24/2008 | | Judge update in case as to Freddy Cazares. Judge Honorable Rebecca R. Pallmeyer added. Judge Honorable Nan R. Nolan no longer assigned to case. (kmt, ) (Entered: 09/29/2008) |
| 09/24/2008 | 8 | INDICTMENT as to Freddy Cazares (1) count(s) 1 (kmt, ) (REDACTED) (Entered: 09/29/2008) |
| 09/24/2008 | 9 | DESIGNATION Sheet: FELONY (Category 3). (kmt, ) (Entered: 09/29/2008) |
| 09/24/2008 | 10 | MINUTE entry before the Honorable Maria Valdez: No bond set, detained by magistrate. NO notice (kmt, ) (Entered: 09/29/2008) |
| 09/24/2008 | | (Court only) ***Set Flag NOLAN as to Freddy Cazares (kmt, ) (Entered: 09/29/2008) |
| 09/25/2008 | 11 | NOTICE of Arraignment as to Freddy Cazares before Honorable Rebecca R. Pallmeyer on 9/29/2008 at 09:30 AM. (kmt, ) (Entered: 09/29/2008) |
| 09/26/2008 | 7 | MINUTE entry before the Honorable Rebecca R. Pallmeyer as to Freddy Cazares: By agreement, arraignment set for 9/29/2008 is stricken and reset to 10/1/2008 at 10:00 a.m.DocketingMailed notice (yap, ) (Entered: 09/29/2008) |
| 09/30/2008 | | (Court only) as to Freddy Cazares: Arraignment set for 10/1/2008 at 10:00 AM before Judge Pallmeyer. (etv, ) (Entered: 09/30/2008) |
| 09/30/2008 | 12 | Government's Infomation Stating Previous Drug Conviction To Be Relied Upon in Seeking Increased Punishment by USA as to Freddy Cazares (Church, Megan) (Entered: 09/30/2008) |

| | | |
|---|---|---|
| 10/01/2008 | 13 | MINUTE entry before the Honorable Rebecca R. Pallmeyer as to Freddy Cazares: Arraignment held. Defendant enters plea of not guilty to all counts. 16.1 disclosures to be made by or on10/15/2008. Pretrial motions to be filed by or on 11/5/2008. Governments response to be filed by or on11/13/2008. Status hearing set for 11/20/2008 at 9:00 a.m. Defendant to remain in custody pending furtherproceedings. Excludable time to begin pursuant to 18:3161(h)(1)(F). Mailed notice (yap, ) (Entered: 10/01/2008) |
| 11/20/2008 | 14 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Freddy Cazares: Status hearing held on 11/20/2008. Date for filing of pretrial motions extended to 12/18/2008. Government's response date extended to 1/5/2009. Status hearing set for 1/9/2009 at 9:00. Excludable time to continue pursuant to 18:3161(h)(1)(F). Mailed notice (etv, ) (Entered: 11/20/2008) |
| 12/19/2008 | 15 | MOTION by Freddy Cazares for extension of time *in which to file pretrial motions* (Lindsay, Rosalie) (Entered: 12/19/2008) |
| 12/19/2008 | 16 | NOTICE of Motion by Rosalie Jane Lindsay for presentment of motion for extension of time 15 before Honorable Rebecca R. Pallmeyer on 12/23/2008 at 08:45 AM. (Lindsay, Rosalie) (Entered: 12/19/2008) |
| 12/22/2008 | 17 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Freddy Cazares: Motion for extension of time in which to file pretrial motions 15 granted to and including 12/31/2008. Government's response extended to 1/14/2009. Status hearing set for 1/9/2009 stricken and reset to 1/16/2009 at 9:00. Mailed notice (etv, ) (Entered: 12/22/2008) |
| 12/31/2008 | 18 | MOTION by Freddy Cazares for disclosure *of Brady and Giglio materials and statement of compliance with Local rule 16.1* (Lindsay, Rosalie) (Entered: 12/31/2008) |
| 12/31/2008 | 19 | MOTION by Freddy Cazares early return of trial subpoenas (Lindsay, Rosalie) (Entered: 12/31/2008) |
| 12/31/2008 | 20 | MOTION by Freddy Cazares for notice of intent *to use other crimes, wrongs, or acts evidence* (Lindsay, Rosalie) (Entered: 12/31/2008) |
| 01/05/2009 | | (Court only) ***Motion terminated as to Freddy Cazares: 18 (yap, ) (Entered: 01/05/2009) |
| 01/14/2009 | 21 | RESPONSE by USA as to Freddy Cazares regarding MOTION by |

| | | |
|---|---|---|
| | | Freddy Cazares early return of trial subpoenas 19 , MOTION by Freddy Cazares for disclosure *of Brady and Giglio materials and statement of compliance with Local rule 16.1 18* , MOTION by Freddy Cazares for notice of intent *to use other crimes, wrongs, or acts evidence* 20 (Attachments: # 1 Exhibit A)(Church, Megan) (Entered: 01/14/2009) |
| 01/16/2009 | 22 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Freddy Cazares: Status hearing held on 1/16/2009. Defendant's motion for early return of trial subpoenas 19 granted. Defendant's motion for preservation of agents' notes, for production of Brady and Giglio material, and for Rule 404(b) notice 20 is granted by agreement; his request for disclosure of Rule 608(b) material is denied, but the government acknowledges it is barred from using such material in its case in chief. In light of the government's intention to see a superseding indictment, Defendant's request for leave to file additional motions is granted. Status hearing set for 2/19/2009 at 9:00. Order excludable time to begin pursuant to 18:3161(h)(1)(I) for plea negotiations. Mailed notice (etv, ) (Entered: 01/16/2009) |
| 02/17/2009 | 23 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Freddy Cazares: By agreement, status hearing set for 2/19/2009 is stricken and reset to 2/26/2009 at 9:00. Order excludable time to continue pursuant to 18:3161(h)(1)(I) for plea negotiations. Mailed notice (etv, ) (Entered: 02/18/2009) |
| 02/26/2009 | 24 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Freddy Cazares: Status hearing held on 2/26/2009. Arraignment on Superseding Indictment set for 4/7/2009 at 9:00. Order excludable time to begin pursuant to 18:3161(h)(8)(A)(B). Mailed notice (etv, ) (Entered: 02/26/2009) |
| 03/18/2009 | 25 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Freddy Cazares: By agreement, arraignment set for 4/7/2009 stricken. Status hearing set for 4/7/2009 at 9:00. Order excludable time to continue pursuant to 18:3161(h)(8)(A)(B). Mailed notice (etv, ) (Entered: 03/18/2009) |
| 04/07/2009 | 26 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Freddy Cazares: Status hearing held on 4/7/2009. Status hearing set for 5/7/2009 at 9:00. Order excludable time to continue pursuant to 18:3161(h)(8)(A)(B). Mailed notice (etv, ) (Entered: 04/07/2009) |
| 05/07/2009 | 27 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to |

| | | |
|---|---|---|
| | | Freddy Cazares: Status hearing held on 5/7/2009. Status hearing set for 6/23/2009 at 9:00. Order excludable time to continue pursuant to 18:3161(h)(8)(A)(B). Mailed notice (etv, ) (Entered: 05/07/2009) |
| 06/03/2009 | 28 | ATTORNEY Designation for USA of Bethany Kaye Biesenthal (Biesenthal, Bethany) (Entered: 06/03/2009) |
| 06/23/2009 | 29 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Freddy Cazares: Status hearing held on 6/23/2009. Status hearing set for 8/6/2009 at 9:00. Order excludable time to begin pursuant to 18:3161(h)(1)(G) for plea negotiations. Mailed notice (etv, ) (Entered: 06/23/2009) |
| 08/06/2009 | 30 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Freddy Cazares: Status hearing held on 8/6/2009. Change of plea hearing set for 9/25/2009 at 10:00. Order excludable time to continue pursuant to 18:3161(h)(1)(G) for plea negotiations. Mailed notice (etv, ) (Entered: 08/06/2009) |
| 09/22/2009 | 31 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Freddy Cazares: By agreement, change of plea hearing set for 9/25/2009 is stricken and reset to 10/13/2009 at 10:00. Order excludable time to continue pursuant to 18:3161(h)(1)(G) for plea negotiations. Mailed notice (etv, ) (Entered: 09/22/2009) |
| 10/08/2009 | 32 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Freddy Cazares: By agreement, change of plea hearing set for 10/13/2009 is stricken and reset to 10/19/2009 at 9:30. Order excludable time to continue pursuant to 18:3161(h)(1)(G) for plea negotiations. Mailed notice (etv, ) (Entered: 10/09/2009) |
| 10/19/2009 | 33 | MINUTE entry before the Honorable Rebecca R. Pallmeyer as to Freddy Cazares(1): Change of plea hearing held. Defendant withdraws plea of not guilty and enters plea of guilty to Count 1.Defendant informed of rights. Judgment of guilty entered. Cause referred to the probation office for apresentence investigation. Sentencing set for 12/21/2009 at 11:30 a.m.Mailed notice (yap, ) (Entered: 10/20/2009) |
| 10/19/2009 | 34 | PLEA Agreement as to Freddy Cazares (yap, ) (Entered: 10/20/2009) |
| 12/14/2009 | 35 | MOTION by USA for order as to Freddy Cazares *for Entry of Preliminary Order of Forfeiture* (Attachments: # 1 Text of Proposed Order)(Church, Megan) (Entered: 12/14/2009) |

| | | |
|---|---|---|
| 12/14/2009 | 36 | NOTICE of Motion by Megan Cunniff Church for presentment of motion for order 35 before Honorable Rebecca R. Pallmeyer on 12/17/2009 at 08:45 AM. (Church, Megan) (Entered: 12/14/2009) |
| 12/14/2009 | 37 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Freddy Cazares: By agreement, sentencing set for 12/21/2009 is stricken and reset to 1/28/2010 at 12:30 p.m. Mailed notice (etv, ) (Entered: 12/15/2009) |
| 12/16/2009 | 38 | MINUTE entry before the Honorable Rebecca R. Pallmeyer as to Freddy Cazares (1): Motion of the United States for entry of preliminary order of forfeiture 35 is granted. It is hereby ordered: That, pursuant to the provisions of 21 U.S.C. 853 and Fed.R. Crim.P. 32.2, all right, title and interest that defendant Freddy Cazares may have in $525,000 recovered from the Volvo VST inside the garage at 4910 South Kildare Avenue, Chicago, Illinois, is hereby forfeit to the United States for disposition according to law. This court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture order. Enter Preliminary Order of forfeiture. Mailed notice (yap, ) (Entered: 12/17/2009) |
| 12/16/2009 | 39 | PRELIMINARY ORDER of forfeiture as to Freddy Cazares 38 Signed by the Honorable Rebecca R. Pallmeyer on 12/16/09. (yap, ) (Entered: 12/17/2009) |
| 12/28/2009 | 40 | RETURN of service by U.S. Marshal of preliminary order of forfeiture, notice of forfeiture executed on 12/21/09 as to $525,000 recovered from the Volvo VST inside the garage at 4910 S. Kildare Ave, Chicago, IL(08-DEA-504975) (emd, ) (Entered: 12/29/2009) |
| 01/14/2010 | 41 | RETURN of Preliminary Order of forfeiture, Notice of Forfeiture executed on 12/22/09 as to Ralph Joseph Schindler, Jr regarding Freddy Cazares (Attachment). (yap, ) (Entered: 01/15/2010) |
| 01/26/2010 | 42 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Freddy Cazares: By agreement, sentencing set for 1/28/2010 is stricken and reset to 3/2/2010 at 10:30 AM. Mailed notice (etv, ) (Entered: 01/26/2010) |
| 02/26/2010 | 43 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Freddy Cazares: By agreement, sentencing set for 3/2/2010 is stricken and reset to 4/2/2010 at 2:00 PM. Mailed notice (etv, ) (Entered: 02/26/2010) |
| 04/01/2010 | 44 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to |

| | | |
|---|---|---|
| | | Freddy Cazares: By agreement, sentencing set for 4/2/2010 is stricken and reset to 5/21/2010 at 10:00 AM. Mailed notice (etv, ) (Entered: 04/01/2010) |
| 05/19/2010 | 45 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Freddy Cazares: By agreement, sentencing set for 5/21/2010 is stricken and reset to 7/1/2010 at 10:30 AM. Mailed notice (etv, ) (Entered: 05/19/2010) |
| 06/25/2010 | 46 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: By agreement of parties, the Sentencing date set for 7/1/10 at 10:30 a.m. is stricken and re-set to 7/26/2010 at 10:30 AM. (lcw, ) (Entered: 06/25/2010) |
| 07/23/2010 | 47 | SENTENCING MEMORANDUM as to Freddy Cazares (Church, Megan) (Entered: 07/23/2010) |
| 07/26/2010 | 48 | JUDGMENT (Sentencing Order) as to Freddy Cazares (1), Count (s) 1, The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 140 months. Costs waived. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 10 years. Costs waived. The defendant shall pay a fine of $400. Schedule of payments. Preliminary order of forfeiture. Freddy Cazares terminated. Signed by the Honorable Rebecca R. Pallmeyer on 7/30/10.Mailed notice (emd, ) (Entered: 08/03/2010) |
| 08/03/2010 | | JUDGMENT and Commitment as to Freddy Cazares issued to U.S. Marshal (emd, ) (Entered: 08/03/2010) |
| 08/03/2010 | 49 | NOTICE OF APPEAL by Freddy Cazares (Brook, Carol) (Entered: 08/03/2010) |
| 08/03/2010 | 50 | DOCKETING statement by Freddy Cazares regarding notice of appeal 49 (Brook, Carol) (Entered: 08/03/2010) |
| 08/04/2010 | 51 | NOTICE of Appeal Due letter sent to counsel of record. (gej, ) (Entered: 08/04/2010) |