1            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
2                 EASTERN DIVISION

3

  UNITED STATES OF AMERICA,      )

4                       )

             Plaintiff,  )  Case No. 08 CR 685

5    -vs-                )

                     )  Chicago, Illinois

6    FREDDY CAZARES,          )  January 16, 2009

                     )  9:11 a.m.

7               Defendant.  )

8               TRANSCRIPT OF PROCEEDINGS

9      BEFORE THE HONORABLE REBECCA R. PALLMEYER

10   APPEARANCES:

11   For the Government:    HON. PATRICK J. FITZGERALD
                    UNITED STATES ATTORNEY
12                     BY:  MS. MEGAN CUNNIFF CHURCH
                    219 S. Dearborn Street
13                     Chicago, IL 60604
                    (312) 353-5300
14

  For the Defendant:     MS. ROSALIE LINDSAY GUIMARAES
15                     Federal Defender Program
                    55 East Monroe Street
16                     Suite 2800
                    Chicago, IL 60603
17                     (312) 621-8341

18

19

20

21   Court Reporter:

22         KATHLEEN M. FENNELL, CSR, RPR, RMR, FCRR
             Official Court Reporter
23          United States District Court
      219 South Dearborn Street, Suite 2144-A
24           Chicago, Illinois 60604
         Telephone: (312) 435-5569
25            www.Kathyfennell.com

1    (Proceedings heard in open court:)

2        THE CLERK:  08 CR 685, United States versus Freddy

3    Cazares for status.

4        MS. CHURCH:  Good morning, your Honor.  Megan Church

5    for the United States.

6        THE COURT:  Good morning.

7        MS. LINDSAY:  Good morning.  Rose Lindsay for

8    Mr. Freddy Cazares who's present.

9        THE INTERPRETER:  Good morning, your Honor.  Victoria

10   Funes, Spanish interpreter.

11       THE COURT:  Good morning.

12       We're here for a status conference on Mr. Cazares's

13   case, and I know there were some motions filed, and I've seen

14   the government's response to those motions as well.

15       The motions are essentially routine, but I'll

16   certainly grant the motion for early return of trial

17   subpoenas, and that would be reciprocal.  And defendant's

18   motion to require notice of intention to use other crimes,

19   wrongs or acts is also granted pursuant to the schedule that

20   the government has proposed.

21       What is our status otherwise with respect to trial?

22   Are we in position to set a trial date?

23       MS. CHURCH:  We are in a position to set a trial

24   date.  Just so your Honor knows, the government intends to

25   file a superseding indictment.  It just may be a few weeks

1    before we're able to do so.

2         MS. LINDSAY:  And, your Honor, based on that

3    information, there is a possibility that that could change the

4    perspective of Mr. Cazares with respect to his case, and it

5    could change the whole approach that we take to his case.  So

6    I'm not sure that setting a trial dated today would be the

7    most effective thing to do, given the fact that we'd like to

8    see that superseding indictment.

9         THE COURT:  Right.  And you're not in a position,

10   Ms. Church, to give us an idea when you expect it will be

11   returned.

12        MS. CHURCH:  I'm not at this point.  It should be in

13   the next few weeks, but --

14        THE COURT:  Why don't we set a 30-day status, and I'm

15   hoping at that point we will be able to set a trial date or a

16   change of plea date.

17        February the 19th all right?  That's a Thursday.

18        MS. CHURCH:  Yes.

19        MS. LINDSAY:  That's fine.

20        THE COURT:  We'll make it at 9:00 o'clock once again.

21        MS. CHURCH:  Government moves to exclude time for

22   continuing plea discussions.

23        MS. LINDSAY:  And no objection.

24        THE COURT:  Time will be excluded.

25        MS. CHURCH:  Thank you.

1      MS. LINDSAY:  Thank you very much.

2      (Which were all the proceedings heard.)

3                C E R T I F I C A T E

4      I certify that the foregoing is a correct

5  transcript from the record of proceedings in the

6  above-entitled matter.

7  /s/ Kathleen M. Fennell          October 29, 2010

8  Kathleen M. Fennell                    Date
   Official Court Reporter

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25